UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN QUIRK,

    Plaintiff,

v.                                                        CASE NO. 8:20-cv-174-T-23TGW

LENNAR CORPORATION, et al.,

    Defendants.

_____/

## ORDER

In accord with the parties' stipulation (Doc. 11), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 7, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE
